# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXXAS LP | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:14-cv-1005 |
| v. | § | |
| | § | |
| HOBBYKING CORP. d/b/a | § | |
| HOBBYKING and HOBBYKING.COM, | § | **JURY TRIAL DEMANDED** |
| and ABC FULFILLMENT SERVICES | § | |
| LLC d/b/a HOBBYKING USA LLC and | § | |
| HOBBYKING.COM. | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Traxxas LP ("Traxxas") and Defendants HobbyKing Corp. d/b/a HobbyKing and HobbyKing.com and ABC Fulfillment Services LLC f/k/a HobbyKing USA LLC and HobbyKing.com ("Defendants" or "HobbyKing"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of an agreement entitled "SETTLEMENT AGREEMENT AND GENERAL RELEASE" and dated December 17, 2015, with each party to bear its own costs, expenses and attorneys' fees. The Court retains jurisdiction over this case for purposes of enforcing the Settlement Agreement.

Dated: January 7, 2016

By: /s/ Paul V. Storm
Paul V. Storm
Texas State Bar No. 19325350
Email: pvstorm@gardere.com
Sarah M. Paxson
Texas State Bar No. 24032826
Email: spaxson@gardere.com

Respectfully Submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090

**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR DEFENDANTS HOBBYKING CORP. D/B/A HOBBYKING AND HOBBYKING.COM AND ABC FULFILLMENT SERVICES LLC F/K/A HOBBYKING USA LLC AND HOBBYKING.COM.**

Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Of counsel

L. David Anderson
Attorney-In-Charge
State Bar No. 00796126
Email: danderson@wickphillips.com
R. Casey O'Neill
State Bar No. 24079077
Email: casey.oneill@wickphillips.com
Rusty O'Kane
State Bar No. 24027443
Email: rusty.okane@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

Scott L. Harper
State Bar No. 00795038
Email: scott.harper@griffithbates.com
**Griffith Bates Champion Harper LLP**
5910 N Central Expressway, Suite 1050
Dallas, Texas 75206
Telephone: (214) 238-8400
Facsimile: (214) 238-8401

**ATTORNEYS FOR PLAINTIFF TRAXXAS LP**

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this response was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 7th day January, 2016.

/s/ William E. Davis, III
William E. Davis, III