**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TRAXXAS LP § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:14-cv-1005 |
| v. § | |
| § | |
| HOBBYKING CORP. d/b/a § | |
| HOBBYKING and HOBBYKING.COM, § | |
| and HOBBYKING USA LLC, § | |
| § | |
| Defendants. § | |

## STIPULATED PERMANENT INJUNCTION ORDER

Upon consideration of the Parties' Motion for Entry of Stipulated Permanent Injunction Order ("Motion"), the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendants HobbyKing Corp. d/b/a HobbyKing and HobbyKing.com and ABC Fulfillment Services LLC f/k/a HobbyKing USA LLC and HobbyKing.com ("Defendants" or "HobbyKing"), their representatives, agents, servants, employees, and anyone for whom Hobby King may be legally responsible, is permanently enjoined from performing the following actions with respect to its products: (1) Mega-Adapter (Product ID: MF_adapters); (2) Traxxas style Plug Male and Female (Product ID: AM-1015Cx10); (3) Traxxas Male to T Plug Female (Product ID: 258000130-0 and Product ID: AM-1015Cx10); (4) Male Traxxas <-> Female XT60 (Product ID: 604A-601B); (5) EC3 Female − Traxxas Male (Product ID: EC3-F-TRA-M); (6) Traxxas Male - Tamiya Female (Product ID: TRA-M─TAM-F); (7) Traxxas Plug Male (Product ID: TRA-M-WIR); (8) Traxxas plug Harness for 2S Hardcase Lipo (Product ID: 604BCC-HCLB); (9) Female Traxxas <-> Male XT60 (Product ID: 604B-601A); (10) EC3 Male − Traxxas Female (Product ID: EC3-M-TRA-F); (11)

Traxxas Plug Female (Product ID: TRA-F-WIR); (12) Traxxas Female − Tamiya Male (Product ID: AM-8012); (13) electrical connectors for batteries for product ID: 9210000008 and 9210000009; and (14) Traxxas style Plug Male and Female (Product ID: AM-1015Cx10), and any other Traxxas style connector reasonably similar to the plugs or connectors used in those products (collectively " HobbyKing Accused Products") during the terms of any or all of U.S. Patent Nos. 7,374,460 (the "'460 patent"), 7,530,855 (the "'855 patent"), 7,867,038 (the "'038 patent), and D573,536 (the "'536 patent"):

1. selling, offering to sell, and/or importing in or into the United States any of the HobbyKing Accused Products;

2. using any HobbyKing Accused Products;

3. instructing or encouraging anyone to use any HobbyKing Accused Products;

4. providing support or assistance to anyone that describes how to use any HobbyKing Accused Products; and

5. testing, demonstrating or marketing any HobbyKing Accused Products.

This injunction is effective from the date the Order is entered.

**So ORDERED and SIGNED this 29th day of February, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE